BEFORE THE THIRD DIVISION, JUNE 26, 1950

No. 54465.—Wm. C. Lisby v. United States, protests 996171–G, 999116–G, and 528–K (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of Swiss cheese to which cumin seeds have been added and that the issue involved

herein is the same in all material respects as that decided upon in *Dirk Uges* v. *United States* (19 Cust. Ct. 1, C. D. 1057). The claim of the plaintiff was therefore sustained.